

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA    NO. 9̶7̶-375-CR-ZLOCH(s)
                                21 USC 963
                                21 USC 952(a)
                                21 USC 846
                                21 USC 841(a)(1)
                                18 USC 2

v.

PETER JOZEF HARGITAY,           INDICTMENT
HERMAN AHMAD and
PHILLIP FARQUHARSON
_____/

The Grand Jury charges that:

COUNT I

From in or about June, 1995 to in or about August, 1995, the exact dates being unknown to the Grand Jury, at Miami, Dade County, in the Southern District of Florida, and elsewhere, the defendants,

PETER JOZEF HARGITAY,
HERMAN AHMAD,
and
PHILLIP FARQUHARSON,

did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing

a detectable amount of cocaine; in violation of Title 21, United States Code, Section 952(a) and Title 18, United States Code, Section 2; all in violation of Title 21, United States Code, Section 963.

### COUNT II

From in or about June, 1995 to in or about August, 1995, the exact dates being unknown to the Grand Jury at Miami, Dade County, in the Southern District of Florida, and elsewhere, the defendants,

> PETER JOZEF HARGITAY,
> HERMAN AHMAD,
> and
> PHILLIP FARQUHARSON,

did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2; all in violation of Title 21, United States Code, Section 846.

A TRUE BILL

_____
FOREPERSON

_____
WILLIAM A. KEEFER
UNITED STATES ATTORNEY

_____
YVETTE RHODES PRESCOTT
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
v.

CASE NO. 95-375-CR-ZLOCH(s)

CERTIFICATE OF TRIAL ATTORNEY*

PETER JOZEF HARGITAY, et al

**Court Division**: (Select One)

XXX Miami ___ Key West
___ FTL ___ WPB ___ FTP

SUPERSEDING          Yes XX   No ___
New Defendant(s)     Yes XX   No ___
Number of New Defendants    2
Total number of counts      2

**Related Case Information**:

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _____
   List language and/or dialect _____

4. This case will take  5  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      XXXXX    Petty
   II   6 to 10 days     _____    Minor
   III  11 to 20 days    _____    Misdem.
   IV   21 to 60 days    _____    Felony    XXXXX
   V    61 days and over _____

   FILED BY ___ DC
   97 JUL -3 PM 12:28
   CARLOS JUENKE
   CLERK, U.S. DIST. CT.
   S.D. OF FLA. - MIAMI

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:

   Judge: _____                    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) yes
   If yes:
   Magistrate Case No.   97-2968-PALERMO
   Related Miscellaneous numbers: 97-2565-STB
   Defendant(s) in federal custody as of  (1)  4/3/97
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

7. This case originated in the U.S. Attorney's office prior to August 16, 1985
   (Yes or No) NO

   YVETTE RHODES PRESCOTT
   ASSISTANT UNITED STATES ATTORNEY
   Florida Bar No. 0508527

*Penalty Sheet(s) attached                            REV.12/12/96
                              N:\UDD\BROGERS\PRESCOTT\INDICTME\HARGITAY.CER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:  HERMAN AHMAD          No.: 95-375-CR-ZLOCH(s)

Count #: I
Conspiracy to Import Cocaine.

21 U.S.C. §§ 963, 952(a)

*Max. Penalty: Life Imprisonment

Count #: II
Conspiracy to Posess with Intent to Distribute Cocaine.

21 U.S.C. §§846, 841(a)(1)

*Max. Penalty: Life Imprisonment

Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:
Count #:

*Max. Penalty:

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: PHILLIP FARQUHARSON   No.: 95-375-CR-ZLOCH(s)

Count #: I
Conspiracy to Import Cocaine.

21 U.S.C. §§ 963, 952(a)

*Max. Penalty: Life Imprisonment

Count #: II
Conspiracy to Possess with Intent to Distribute Cocaine.

21 U.S.C. §§ 846, 841(a)(1)

*Max. Penalty: Life Imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

FILED BY __ DC
97 JUL -3 PM 12:30
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:  PETER JOZEF HARGITAY        No.: 95-375-CR-ZLOCH(s)

Count #: I
Conspiracy to Import Cocaine.

21 U.S.C. §§ 963, 952(a)


*Max. Penalty: Life Imprisonment

Count #: II
Conspiracy to Possess with Intent to Distribute Cocaine.

21 U.S.C. §§ 846, 841(a)(1)

*Max. Penalty: Life Imprisonment

Count #:


*Max. Penalty:
Count #:


*Max. Penalty:
Count #:


*Max. Penalty:
Count #:


*Max. Penalty:
Count #:


*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 97-375-CR-ZLOCH (s)



# NON-MERGED MAGISTRATE DOCUMENT

MAGISTRATE CASE NO. 97-2960 POLERMO

DEFENDANT'S NAME   TONY RUST.

PLEADING NO. 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, )
) MISC NO. 97-2960 (?)
) 97-375-CR-WJZ
vs. )
)
HERMAN AHMAD, ) **MOTION TO SEAL**
PHILLIP FARQHARSON, and )
TONY RUST )
      Defendants )

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves to seal this Motion, the Criminal Complaint and Order for the following reasons:

1.  The attached Criminal Complaint contains information relating to an ongoing criminal investigation. In addition, the defendants are fugitives who have yet to be apprehended.

2.  Public disclosure of this Motion, Criminal Complaint, and Order in this matter would jeopardize this criminal investigation, notify the defendants and potential subjects and undermine the public interest.

WHEREFORE, the United States respectfully requests that this Motion to Seal, Criminal Complaint, and any subsequent Order in this matter (except for copies of the order for law enforcement purposes) be sealed.

Respectfully submitted,

WILLIAM A. KEEFER
UNITED STATES ATTORNEY

By: _____
YVETTE RHODES PRESCOTT
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar No. 0508527

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, ) MISC NO. 97-846 (PAL)
) 97-375-CR-WJZ
vs. )
)
HERMAN AHMAD, ) **SEALING ORDER**
PHILLIP FARQHARSON, and )
TONY RUST )
          Defendants )

THIS CAUSE, having come before the Court on the government's Motion to Seal the Criminal Complaint, and the Court having reviewed the motion and being otherwise duly advised in the premises, it is hereby,

ORDERED AND ADJUDGED, that the government's Motion to Seal the Criminal Complaint be GRANTED.

The Clerk of the Court shall seal the Criminal Complaint and all pleadings in connection thereto until such time as further ordered by the court.

DONE AND ORDERED, at Miami, Florida, this ___4th___ day of June, 1997.

PETER PALERMO
UNITED STATES MAGISTRATE JUDGE

```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 97-2960-PALERMO
```

UNITED STATES OF AMERICA,

vs.

HERMAN AHMAD
PHILLIP FARQUHARSON
TONY RUST

_____

   This cause came before the Court and pursuant to proceedings held, it is thereupon

   **ORDERED AND ADJUDGED** as follows:

The government's oral motion to unseal this case is **GRANTED**.


   **DONE AND ORDERED** at Miami, Florida this 3rd day of July, 1997.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
                                    PETER R. PALERMO

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal

*ATTENTION DOCKET CLERK & RECORDS SECTION & SCANNING*

*THE MAGISTRATE FILE-CASE NO. <u>97-2960-PALERMO</u>*

*U.S.A. VS HERMAN AHMAD AND PHILLIP FARQUHARSON*

*IS TO BE FILED IN INDICTED CASE NO.97-375-CR-ZLOCH(S)*

*THESE DEFENDANT WERE ADDED TO EXISTING CRIMINAL CASE ON A SUPERSEDING INDICTMENT FILED ON 7/3/97*

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

HERMAN AHMAD

## WARRANT FOR ARREST

CASE NUMBER:

TO: The United States Marshal
and any Authorized United States Officer

FILED by _____ D.C.
JUN - 7 1997
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

REC'D by _____ D.C.
DKTG
JUL 17 1997
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

YOU ARE HEREBY COMMANDED to arrest __HERMAN AHMAD__
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense) material witness to an ongoing investigation,

in violation of Title __21__ United States Code, Section(s) __963, 952(a)__

Conspiracy to import cocaine and conspiracy to possess with intent to distribute cocaine.

Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ __PTD__

United States Magistrate Judge
Title of Issuing Officer

June 4, 1997
Date and Location

by PETER R. PALERMO
UNITED STATES MAGISTRATE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

4/4

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

v.

PHILLIP FARQUHARSON

## WARRANT FOR ARREST

CASE NUMBER:

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __PHILLIP FARQUHARSON__

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense) material witness to an ongoing investigation,

in violation of Title __21__ United States Code, Section(s) __963, 952(a)__

Conspiracy to import cocaine and conspiracy to possess with intent to distribute cocaine.

Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ __P.T.D__

United States Magistrate Judge
Title of Issuing Officer

June 4, 1997 Miami FL
Date and Location

by PETER R. PALERMO
UNITED STATES MAGISTRATE
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

v.

PHILLIP FARQUHARSON

## WARRANT FOR ARREST

CASE NUMBER: 95-375-CR-ZLOCH(s)

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __PHILLIP FARQUHARSON__
Name

FILED by _LAV_ D.C.
MAG. SEC.
JUL - 3 1997
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

RECD by ___ D.C.
JUL 17 1997
CARLOS JUENKE
S.D. CLERK U.S. DIST. CT.
OF FLA. FT. LAUD.

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense) material witness to an ongoing investigation,

in violation of Title __21__ United States Code, Section(s) __963, 952(a)__

Conspiracy to import cocaine and conspiracy to possess with intent to distribute cocaine.

LINNEA JOHNSON
_____
Name of Issuing Officer

_Linnea R. Johnson_ (signature)
Signature of Issuing Officer

Bail fixed at $ __P.T.D.__

MAGISTRATE JUDGE JOHNSON
United States Magistrate Judge
Title of Issuing Officer

7/3/97, Miami, FL
Date and Location

by __LINNEA JOHNSON__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

## BOND RECOMMENDATION

**DEFENDANT**      PHILLIP FARQUHARSON

$PTD     Surety, Recognizance, Corp. Surety, Cash)
            (Jail) (On Bond) (Warrant) (Summons) (Marshal's Custody)

*[signature]*
YVETTE RHODES PRESCOTT
Assistant United States Attorney

Last Known Address **Lot 761 Brayton Walkway 29, Phase 6, St. Catherine, Jamaica**

What Facility _____

Agent **WADIE D. CRAWFORD**
     (FBI)    (SECRET SERVICE)    (**DEA**)    (IRS)    (CUSTOMS)    (ATF)

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

v.

HERMAN AHMAD

## WARRANT FOR ARREST

CASE NUMBER: 95-375-CR-ZLOCH(s)

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **HERMAN AHMAD**

Name

FILED by _____ D.C.
MAG. SEC.

JUL - 3 1997

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense) material witness to an ongoing investigation,

in violation of Title __21__ United States Code, Section(s) __963, 952(a)__

Conspiracy to import cocaine and conspiracy to possess with intent to distribute cocaine.

__LINNEA JOHNSON__
Name of Issuing Officer

_signature_
Signature of Issuing Officer

Bail fixed at $ __PTD__

**MAGISTRATE JUDGE**
United States Magistrate Judge **JOHNSON**
Title of Issuing Officer

7/3/97, Miami, Fl.
Date and Location

by __LINNEA JOHNSON__
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

**BOND RECOMMENDATION**

**DEFENDANT**          HERMAN AHMAD

$**PTD**          Surety, Recognizance, Corp. Surety, Cash)
         (Jail) (On Bond) (Warrant) (Summons) (Marshal's Custody)

*[signature]*
YVETTE RHODES PRESCOTT
Assistant United States Attorney

Last Known Address  Site 1, RR #3 Box, New Bruinswick, Canada

What Facility _____

Agent   WADIE D. CRAWFORD
        (FBI)  (SECRET SERVICE)  (**DEA**)  (IRS)  (CUSTOMS)  (ATF)