UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 97-~~0735~~-CR-ZLOCH
375

UNITED STATES OF AMERICA,
    Plaintiff
Vs.

PETER JOZEF HARGITAY,
    Defendant



## NOTICE OF FILING OF STATEMENTS OF IAN HAUGHTON

PLEASE TAKE NOTICE that the Defendant PETER JOZEF HARGITAY, by and through the undersigned Attorney, now files the attached Statements of Ian Haughton.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail to Yvette Rhodes Prescott, Esquire, Assistant United States Attorney, 99 N.E. 4th Street, Suite 700, Miami, Florida 33132-2111 this 30th day of September, 1997.

*David P Rowe*
David P. Rowe, Esq.
18800 NW 2nd Ave., Suite 105 A-C
Miami, FL 33169
Tel. 305-653-6900
FL. Bar No. 373575

16/8/95

26—

Ian Haughton States,

I am an Oiler employed to C.E.A. Lines. I am 31 years old residing at 1655 N.W. 3rd Avenue, Tampa Florida 33132. Telephone 904 530-4436.

I reside in Jamaica at Manchioneal District in the parish of Portland.

I gained employment on the ship Pilar Del Caribe on the 31st July, 1995. I boarded the ship in Kingston at Gypsum Pier, Harbour View.

On taking up duties I met the Captain of the Ship Elgin Swapp, the Chief Engineers Fayyaz, Herman Ahmad, Marine Engineer Phillip Farquharson I was employed by Peter Harmitay.

I sailed with the ship from Jamaica to Dominica Republic and back on or about the 2nd of August, 1995.

During my tour on the ship I overheard arguments that the ship is used repeatedly by Herman to carry drugs from one point to the other, usually between Venezuela, Haiti and Guyana.

I know that the Chief Engineer Phillip Farquharson was watching me at all times. I learnt too that the Cook Chief Mate and the Captain are not aware that drugs was being smuggled on the boat by Herman. I learnt this from the Cadets. I learnt also that Herman said that he was working with the D.E.A. I did not see him when I went on board. I met him for the first time on my return from the Dominica Republic.

A member of the Crew Mr Roache told me that I could make a lot of money on the ship through drug smuggling. Mr Farquharson was present and it upsets him.

On our return to Jamaica the Crew could not get their pay. Peter said that he was always coming but never came. The Crew stopped working basically and some were identifying properties on the ship that they would take in the event that they were not paid.

Herman came on board about the 4th of August, 1995. I spoke with him, he told me that he knew why I am on the boat. Herman told me that the main guy D.E.A. want to catch is Tony Rust and Carlos in Venezuela I got the following telephone numbers from Herman; he said that 011 58 618473 belongs to Rush, 011 58 16 135 730 belongs to Carlos, 58-2-912 Fax 58-2-661 -61-29 C... ...41164 Cellular belongs to Enrique Garcia, who is the big boss. Enrique Garcia and Carlos are Columbians I gave Herman the impression that I was with him in the business of Trafficking Drugs.

27

2/

I met Peter Hargitay for the first time on Monday 14th August, 1995 approximately 6:00 pm Pilar Del Caribe. I was called to a meeting in the Captain's Cabin. Present were Herman, Peter and myself. Peter said that he requested to have me on board and we must work as a team, he told me that he wanted the ship to go down to Venezuela to pick up some Cocaine and make a controlled delivery in the United States of America. I told him that would not be a problem because Herman said that he has everything arranged.

I asked Peter and Herman if there is any drug on the ship and Peter said yes. Herman said he could not have told me that the drug was on the boat because Peter said that he should not tell me.

Peter said that he was going to make a controll delivery with the drugs on board Pilar Del Caribe and the money collected from this mission they would use it to cover expences.

Elgin Swapp arrived at this stage, I asked him if he knew that drugs was on board and he seems surprised and he said no.

Peter said that he ordered forty tons of diesel fuel at Texaco Reef fort and Elgin should take the ship there to be re-fuelled.

When Peter and Herman said drugs was on board and they were going to make a control delivery in the States, I asked Peter if the local police know this and he said yes.

I suggested to him that since the local Police knows we could take off the drugs and fly it up and make the controlled delivery. Peter said no. Mr. Swapp told Peter that the Crew is awaiting him downstairs to receive their pay. Peter left immediately and said that I should wa at the control delivery with Herman.

They left me in the Captain's Cabin. I used the Cellular phone on board the ship to call Mr. Hodge Crawford. I told him what I learnt about the drugs on board and he said that he was unaware, he instructa me to locate the drugs so that he could inform the local authority.

Later same evening after the meeting I asked Herman where on the ship the drugs was located and he said in the Starboard Boiler. I did not know the one he was talking. I asked him to show me the boiler pointed it out to me, he told me that it was eighteen (18) kilogrem Cocaine.

3/

28

I looked inside the boiler later that evening and I saw two black plastic bags inside the boiler. I closed the boiler and informed Mr. Crawford the next morning, when I conclude duties and he asked me for my recommendation and I told him to inform the local Police which he did.

The Police went on board on Tuesday afternoon August 15th, 1995. I heard that hey did not find the drugs, so I told him exactly where it was and instructed him to call the Superintendent at Narcotics. I learnt that the Police came off the ship.

I called Mr. Swapp and t told him exactly where the drugs was on the ship.

I was told that Herman and Sam the Oiler put ganja and Hash Oil on the ship but due to a misunderstanding between them Herman ordered that the drugs be thrown off and the Police was informed and they came and took the drugs.

I gave this statement to the Police this 16th day of August, 1995 at 3:00 pm at Duke Street. This statement consisting of five (5) pages, each signed by me is true to the best of my knowledge and belief and I make it knowing that if if is tendered in evidence, I shall be liable to prosecution if I have wilfully stated in it anything which I know to be false and do not believe to be true.

Ian Haughton
16.8.95

Taken by me this 16.8.95  it was read over by maker who signed as true and correct.

R.N. Grant S.P.
16.8.95



23/9/95

42

Ian Haughton further States,

At the meeting of August 14th, 1995 on board the vessel Pilar del Caribe when I asked the question if drugs was on board the vessel Pilar del Caribe, Peter Hargitay shun me.

JT- He did not ex[plain]

I asked the question three (3) times, Captain Swapp was present. On the third occasion Fayyah Herman Ahmad said yes. N7

I told Peter Hargitay, that we have to inform the Local Police and Peter said in a loud voice in the presence of all of us present, "fuck the local, Miami knows about it" I said to Peter I have to call Miami anyway and Peter said to me that is not necessary, he has already ordered the fuel, so it was not necessary to fly the drugs to Miami, the boat will sail to Miami.

N7  -Tjr him to /   ....

Peter said everything is alright with the people receiving the drugs in Miami, I asked him who they were and he said I must concentrate on 400 kilograms in Venezuela. Its this type of load that you will have to report. All these statements were made in the presence and hearing of everyone.

N7

I gave this statement to the Police this 23/9/95 at 12:30 pm at Narcotics Division. It was read over by me and I sign it as true and correct.

Ian Haughton 23.9.95

This statement consist of one page signed by me is true to the best of my knowledge and belief I make it knowing that if it is tendered in evidence, I shall be liable to prosecution if I have wilfully stated in it, anything which I know to be false or do not believe to be true.

Ian Haughton 23.9.95

Taken by me this 23/9/95 at Narcotics Division. The declaration was read over by me/er who indicated that he understood the meaning of it, the statement was read over by him who signed the declaration and statement as true and correct to the best of his knowledge and belief.

F. HERMAN AHMAD

R.N. Grant S.P.
24.9.95

16/8/95

26—

Ian Haughton States,

I am an Oiler employed to C.E.A. Lines. I am 31 years

Ian Haughton States,

I am an Oiler employed to C.E.A. Lines. I am 31 years old residing at 1655 N.W. 3rd Avenue, Tampa Florida 33152. Telephone 904 590-4436.

I reside in Jamaica at Manchioneal District in the parish of Portland.

How my Through Police !!!

I gained employment on the ship Pilar Del Caribe on the 21st July, 1995. I boarded the ship in Kingston at Gypsum Pier, Harbour View.

On taking up duties I met the Captain of the Ship Elgin Swapp, the Chief Engineers Fagyaz, Herman Ahmad, Marine Engineer Phillip Farquharso I was employed by Peter Harnitay.

I sailed with the ship from Jamaica to Dominica Republic and back on or about the 2nd of August, 1995.

During my tour on the ship I overheard arguments that the ship i used repeatedly by Herman to carry drugs from one point to the other, usually between Venezuela, Haiti and Guyana.

I know that the Chief Engineer Phillip Farquharson was watching me all times. I learnt too that the Cook Chief Mate and the Captain are not aware that drugs was being smuggled on the boat by Herman. I learnt this from the Cadets. I learnt also that Herman said that he was working with the D.E.A. I did not see him when I went on board. I met him for the first time on my return from the Dominica Republic. AUG 2 '95

A member of the Crew Mr Roache told me that I could make a lot of ... through drug smuggling. Mr Farquharson was present

money on ....

and it upsets him.

On our return to Jamaica the crew could not get their pay. Peter said that he was always coming but never came. The Crew stopped workin basically and some were identifying properties on the ship that they would take in the event that they were not paid.

Herman came on board about the 4th of August, 1995. I spoke with him, he told me that he knew why I am on the boat. Herman told me tha the main guy D.E.A. want to catch is Tony Rust and Carlos in Venezuel I got the following telephon. numbers from Herman, he said that 011 ( 618473 belongs to Rush, 011 58 16 426 730 belongs to Carlos, 58-2-93 Fax 58-2-661 -61-29 Ca... an? 58-15-541108 Cellular belongs to Enriqu Garcia, who is the big boss. Enrique Garcia and Carlos are Columbiar I gave Herman the information that I was with him in the business of Trafficking Drugs.