AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
v.
PETER JOZEF HARGITAY

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 97-0375-CR-ZLOCH

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| WILLIAM J. ZLOCH | YVETTE PRESCOTT | DAVID ROWE |
| TRIAL DATE(S) 9/29/97 | COURT REPORTER CARL SCHANZLEH | COURTROOM DEPUTY CARLINE NEWBY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 10/1/97 | 10/1/97 | 10/6/97 | BILL OF SALE |
| | 3 | 10/6/97 | 10/6/97 | 10/6/97 | BILANZ MAGAZINE |
| | 4 | " | " | " | CODE OF CONDUCT FOR CREW |
| | 6 | " | " | | PRINT OUT |
| | 7 | | 10/7/97 | | HANDWRITTEN NOTE |
| | 6A | 10/8/97 | 10/8/97 | 10/8/97 | TELEPHONE RECORDS |
| | | | | | ALL DEFENSE EXHIBITS RETURNED TO DAVID ROWE, ESQ |

Filed Oct 10 1997, Carlos Juenke, Clerk U.S. Dist. Ct., S.D. of Fla., Ft. Laud.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.