AO 187 (Rev. 7/87) Exhibit and Witness List

FILED by _____ D.C.

OCT 1 0 1997

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
v.
PETER JOZEF HARGITAY

GOVT. EXHIBIT AND WITNESS LIST

CASE NUMBER: 97-0375-CR-ZLOCH

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| WILLIAM J. ZLOCH | YVETTE PRESCOTT | DAVID ROWE |
| TRIAL DATE(S) 9/29/97 | COURT REPORTER CARL SCHANZLEH | COURTROOM DEPUTY CARLINE NEWBY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1A,B | | 10/1/97 | 10/1/97 | 10/1/97 | PHOTOES (2) |
| 3 | | " | " | " | DIAGRAM/DRAWING |
| 2A,B,C | | " | " | " | PHOTOES (3) |
| 4 | | " | " | " | PHOTO (COCAINE) |
| 5 | | " | " | " | CERTIFICATION - W/DRAWN |
| 6 | | | 10/1/97 | | REPORT |
| 7A | | 10/8/97 | 10/8/97 | 10/8/97 | LOG BOOK |
| 7B | | " | " | " | CREW LIST |
| | | | | | ALL GOVT. EXHIBITS RETURNED TO AUSA PRESCOTT. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.