UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.

OCT 1 0 1997

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

v.   CASE NUMBER: 97-0375-CR-ZLOCH

PETER JOZEF HARGITAY

<u>VERDICT</u>

_____/

WE, THE JURY, FIND: the defendant PETER JOZEF HARGITAY

As to Count I   _____not guilty_____
                 GUILTY/NOT GUILTY

As to Count II  _____not guilty_____
                 GUILTY/NOT GUILTY

as charged in the Superseding Indictment.

So say we all.

_____   10/10/97
    FOREPERSON                DATE