*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA,** | ) | CASE NUMBER |
| PLAINTIFF, | ) | |
| VS. | ) | 97-375-CR-ZLOCH |
| **PETER JOZEF HARGITAY,** | ) | |
| DEFENDANT. | ) | |

TRANSCRIPT OF JURY TRIAL HAD BEFORE THE HONORABLE WILLIAM J. ZLOCH, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON TUESDAY, SEPTEMBER 30, 1997, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:  YVETTE PRESCOTT, A.U.S.A.
99 N.E. 4TH STREET
MIAMI, FL  33132 - 305/961-9213

FOR THE DEFENDANT:  DAVID P. ROWE, ESQ.
18800 N.W. 2ND AVENUE, #105 A-C
MIAMI, FL. 33169
305 653-6900

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 463-8153

# ADDITIONAL ATTACHMENTS NOT SCANNED

PLEASE REFER TO COURT FILE