N:\udd\hwallace\Ahmad\DepositionStatusReport3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 97-375-CR-ZLOCH

NIGHT BOX
FILED

OCT 14 1999

CARLOS JUENKE
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

HERMAN AHMAD,

    Defendant.
_____/

## GOVERNMENT'S THIRD STATUS REPORT

**THE UNITED STATES**, by and through the undersigned Assistant United States Attorney (AUSA), hereby submits this status report concerning the deposition of Peter Hargitay in the above-styled case pursuant to this Court's Order. In support thereof, the government submits that the Swiss government has informed the United States Department of Justice Office of International Affairs that Peter Josef Hargitay's counsel did not appeal the Swiss Central Authority's decision not to consider Mr. Hargitay's objections.

However, the Swiss Central Authority has *not* yet entered its *final* decision concerning the release of Mr. Hargitay's deposition. Such a decision is expected in the near future.

                                  Respectfully submitted,

                                  THOMAS E. SCOTT
                                  UNITED STATES ATTORNEY

                                  HARRY C. WALLACE, JR.
                                  Assistant United States Attorney

NON-COMPLIANCE OF S.D. Fla. L.R. 5.1.B

181

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on October 14, 1999, to Jack F. O'Donnell, Esq. 2648 N.E. 26th Place, Fort Lauderdale, Florida 33306.

*[signature]*

HARRY C. WALLACE, JR.
Assistant United States Attorney