SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 1:97Cr375

STYLE: USA v. Hargitay-WJZ

**CLERK'S ORDER OF INTENT TO DISPOSE OF EXHIBITS**

Due to the numerous new cases filed in this District Court each year, we must continually archive older records to make way for the new files. Part of this process includes the purging of exhibits after three (3) months following final adjudication of the action or proceeding, and disposition of the appeal, if one was filed, or expiration of the appeal period. Local Rule 5.3 C provides for the removal and destruction of exhibits following adjudication...

   Rule  5.3 C   Files and Exhibits

   3.   **REMOVAL OF EXHIBITS.**   All models, diagrams, books, or other exhibits received in evidence or marked for identification in any action or proceeding shall be removed by the filing party within three months after final adjudication of the action or proceeding and disposition of any appeal. Otherwise, such exhibits may be destroyed or otherwise disposed of as the Clerk may deem proper.

Our records reveal that exhibits were introduced into evidence by parties in the above-styled case. **If you filed exhibits on this case that were received into evidence and wish to retain these exhibits, you may make arrangements to pick them up by calling the Clerk's Office at (954) 769-5424 within 14 days of the date of this letter. The Records Section of the Clerk's Office is located at 299 E. Broward Boulevard, Room 112, Ft. Lauderdale, Florida. Unless you respond within this time frame, these exhibits will be destroyed.**

Done at Ft. Lauderdale, Florida this __20__ day of __May__, 2009.

Steven Larimore Court Administrator • Clerk of Court

By: ___M Mercado___
   Deputy Clerk

c:   All counsel of record