UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   97-375 Cr-Zloch

   USA   

Plaintiff,

v.

  Peter Jozef Hargitay et al  ,

Defendants.

## CLERK'S ORDER OF DESTRUCTION OF EXHIBITS

Upon a sua sponte review of the file, this cause has been closed, with no pending appeal, for more than three (3) months.  The exhibits filed by plaintiff/defendant are ready to be released/destroyed. As a courtesy, the filing party was notified on   5/20/09   and no response was received.

Therefore, pursuant to Local Rule 5.3 C, the above-mentioned exhibits in the custody of the Clerk have been destroyed.

DONE at   Fort Lauderdale, Florida, this  9th   day of September  , 2009.

Steven M. Larimore
COURT ADMINISTRATOR • CLERK OF COURT


By:   M. Guerrero
Deputy Clerk

c:	U.S. District Judge
	All counsel of record/pro se parties


Rev. lel 11/15/02
N:\Myfiles\exhibit distruction.wpd